JOHN G. McCULLOUGH et al., Appellants and Respondents, *v.* THE BROAD EXCHANGE COMPANY et al., Respondents and Appellants.

*McCullough* v. *Broad Exchange Co.*, 101 App. Div. 566, affirmed.
(Argued March 16, 1906; decided April 3, 1906.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

Ⓞ

March 17, 1905, modifying and affirming as modified a judgment in favor of plaintiffs entered upon the report of a referee.

*Austen G. Fox*, *Edward R. Greene* and *Winfred T. Denison* for plaintiffs, appellants and respondents.

*Edward E. Sprague* for defendants, respondents and appellants.

Judgment affirmed, without costs to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.